NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000854
19-OCT-2017
01:47 PM

NO. CAAP-14-0000854

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
VICENTE KOTE KAPIKA HILARIO, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 12-1-0481)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on September 28, 2017, is hereby corrected as follows:

On page 5, in the twenty-second line, the word "where" should be replaced with "were" so that as corrected, the text reads: ". . . number of jurors who were questioned at sidebar . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, October 19, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Reifurth and Chan, JJ.